**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:23-cv-196-MOC**

| | | |
|---|---|---|
| **WENDELL JUDE LEMAITRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **D. PARLIER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Plaintiff's pro se Motion to Correct Name Errors [Doc. 11] regarding the Court's Request for Waivers of Service [see Doc. 8].

The pro se Plaintiff brought this action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Alexander Correctional Institution. The Complaint passed initial review on claims against Defendants D. Parlier and D. Carroll. [Doc. 7]. Requests for Waiver of Service were sent to the North Carolina Department of Adult Corrections (NCDAC) for Defendants "D. Parlier" and "D. Carroll" on March 20, 2024. [Doc. 8]. The time for waiver has not yet expired.

The Plaintiff now asks the Court to correct the service waivers to reflect the Defendants' proper names.[1] [Doc. 11]. This will be denied as moot because the service waivers were directed to the correct Defendants in accordance with the Complaint.

**IT IS THEREFORE ORDERED** that the Plaintiff's pro se Motion to Correct Name Errors [Doc. 11] is **DENIED AS MOOT**.

---

[1] This appears to refer to a typographical error in the Order on initial review.

**IT IS SO ORDERED.**

Signed: June 26, 2024

Max O. Cogburn Jr.
United States District Judge